**World to See Optometry, Inc.**

Elizabeth Kahlig, OD
Faith Salyer, OD
7725 Hoke Road, Clayton, OH 45315
Phone: 937-836-9303  Fax: 937-836-9308

Name: Adrian White   DOB: _____
Exam Date: 1-11-22   Date Written: 1-11-22   Expiration Date: 1-11-23

| R | SPH | CYL | AXIS | BC | DIAM | ADD | BRAND |
|---|---|---|---|---|---|---|---|
| R | -10.00 | -1.75 | 180 | | | | Biofinity Toric |
| L | -9.00 | -1.75 | 180 | | | | |

Notes:

Approved for 1 year supply  X yes __ no; Other _____
Solution Recommendation: Opti-free
Dispose of each lens every: month

Signature/License Number: [signed] OD OH 4211



**JAN-PRO**
FRANCHISE DEVELOPMENT

10250 Alliance Road, Suite 210
Cincinnati, Ohio 45242
Phone: (513) 793-8000
Fax: (513) 793-8007

February 29, 2024

To Whom It May Concern:

Adrian White has owned a JAN-PRO Commercial Cleaning franchise since 9/15/2020.

He is currently servicing 3 accounts thru JAN-PRO and used to service 1 other account up until the end of July of 2021.

Thank you!

Lori Jones
Senior Site Manager