**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-00007(1) |
| Plaintiff, | : | |
| -vs- | : | |
| ADRIAN WHITE, | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. NO. 126)**

---

The Court has reviewed the Report and Recommendations (Doc. No. 126) of United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that Defendant's § 2255 Motion to Vacate (Doc. No. 114) be **DISMISSED** with prejudice. Defendant is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, October 6, 2026.

s/Thomas M. Rose
Thomas M. Rose
United States District Judge